IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00420-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DELORES GOODWIN,

    Defendant.

## ORDER

This matter is before the Court on the United States' Motion to Dismiss [Docket No. 38]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss [Docket No. 38] is granted. Counts One through Four and Six of the Indictment are dismissed.

DATED May 5, 2015.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge