IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00420-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DELORES GOODWIN,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

        IT IS ORDERED that Defendant DELORES GOODWIN, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden, Federal Medical Center Carswell, Fort Worth, Texas, on July 7, 2015, by 12:00 noon, and will travel at her own expense.

        DATED June 4, 2015.

        BY THE COURT:

        s/Philip A. Brimmer
        PHILIP A. BRIMMER
        United States District Judge